**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Barry Northcross Patterson, | ) | |
| | ) | |
| Plaintiff, | ) | CV 10-2364-PHX-PGR (SPL) |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Nurse Grant, M. Parkerson, | ) | |
| Brenda Ortiz, Doctor Doe, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

Before the Court is Plaintiff's "Motion for Delay," in which Plaintiff seeks a stay of this action because he "stopped eating or drinking anything" to protest his confinement in lockdown. (Doc. 27.) Since the filing of the motion, however, Plaintiff has demonstrated an ability to continue to participate in this and other actions. (*See* Docs. 32, 33; case No. 10-cv-1571-PGR-SPL; 05-cv-1159-PGR-SPL). His motion for a stay is therefore denied.

Accordingly,

IT IS HEREBY ORDERED:

(1) The reference to the Magistrate Judge is withdrawn as to Plaintiff's Motion for Delay (Doc. 27).

(2) Plaintiff's Motion for Delay (Doc. 27) is denied.

DATED this 27th day of June, 2012.

Paul G. Rosenblatt
United States District Judge